UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONI SABOL and STEVEN JONES | : |
| | : CIVIL ACTION NO. 3:11-0532 |
| Plaintiffs | |
| | : |
| v. | (JUDGE MANNION) |
| | : |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY | : |
| | : |
| Defendant | |

## ORDER

For the reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT** defendant's motion in limine to preclude evidence or testimony of damages relative to the mold/mildew claim at the new dwelling at 103 Johnny Bee Road, (Doc. 85), is **GRANTED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: September 16, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2011 MEMORANDA\11-0532-01-ORDER.wpd